IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WILLIAM A. SCHATTE, #1667371 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:16cv788 |
| | § | *Consolidated with* 4:17cv465, 4:17cv466, |
| DIRECTOR, TDCJ-CID | § | 4:17cv467, 4:17cv468 |
| | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Christine A. Nowak. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections have been filed. After reviewing the Report and Recommendation, the Court concludes the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** the petitions for writ of habeas corpus are **DENIED** and the cases are **DISMISSED** with prejudice. A certificate of appealability is **DENIED**.

It is further **ORDERED** all motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this 31st day of October, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE